UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: § Case No. 0:20-BK-13697-PS
§
JESSICA J GIDEON §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Lawrence J. Warfield, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)     All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)     A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1.00 | Assets Exempt: | $3,574.00 |
| Total Distributions to Claimants: | $903.80 | Claims Discharged Without Payment: | $84,660.08 |
| Total Expenses of Administration: | $396.20 | | |

    3)     Total gross receipts of $1,300.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,300.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $396.20 | $396.20 | $396.20 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $59,588.00 | $25,975.88 | $25,975.88 | $903.80 |
| **Total Disbursements** | $59,588.00 | $26,372.08 | $26,372.08 | $1,300.00 |

4). This case was originally filed under chapter 7 on 12/29/2020. The case was pending for 8 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/02/2021    By: /s/ Lawrence J. Warfield
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2020 AZ STATE TAX REFUND | 1224-000 | $614.17 |
| NON EXEMPT WAGES | 1229-000 | $685.83 |
| **TOTAL GROSS RECEIPTS** | | **$1,300.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lawrence J. Warfield, Trustee | 2100-000 | NA | $325.00 | $325.00 | $325.00 |
| Lawrence J. Warfield, Trustee | 2200-000 | NA | $71.20 | $71.20 | $71.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $396.20 | $396.20 | $396.20 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Navient Solutions, LLC. | 7100-000 | $0.00 | $5,451.42 | $5,451.42 | $189.68 |
| 2 | LVNV Funding, LLC Resurgent Capital Services | 7100-000 | $0.00 | $423.65 | $423.65 | $14.74 |
| 3 | PYOD, LLC Resurgent Capital Services | 7100-000 | $0.00 | $1,444.44 | $1,444.44 | $50.26 |
| 4 | PYOD, LLC | 7100-000 | $0.00 | $981.55 | $981.55 | $34.15 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Resurgent Capital Services | | | | | |
| 5 | Quantum3 Group LLC as agent for Genesis FS Card Services Inc | 7100-000 | $0.00 | $479.22 | $479.22 | $16.67 |
| 6 | Quantum3 Group LLC as agent for Genesis FS Card Services Inc | 7100-000 | $0.00 | $537.43 | $537.43 | $18.70 |
| 7 | Quantum3 Group LLC as agent for Genesis FS Card Services Inc | 7100-000 | $0.00 | $386.43 | $386.43 | $13.45 |
| 8 | Capital One Bank (USA), N.A. by American InfoSource as agent | 7100-000 | $0.00 | $2,363.46 | $2,363.46 | $82.23 |
| 9 | Capital One Bank (USA), N.A. by American InfoSource as agent | 7100-000 | $0.00 | $4,165.03 | $4,165.03 | $144.92 |
| 10 | TD Bank, USA by American InfoSource as agent | 7100-000 | $0.00 | $2,730.70 | $2,730.70 | $95.01 |
| 11 | JPMorgan Chase Bank, N.A. | 7100-000 | $0.00 | $2,889.53 | $2,889.53 | $100.54 |
| 12 | JPMorgan Chase Bank, N.A. | 7100-000 | $0.00 | $1,717.62 | $1,717.62 | $59.76 |
| 13 | Quantum3 Group LLC as agent for Comenity Bank | 7100-000 | $0.00 | $575.75 | $575.75 | $20.03 |
| 14 | LVNV Funding, LLC Resurgent Capital Services | 7100-000 | $0.00 | $1,829.65 | $1,829.65 | $63.66 |
| | Acima Credit | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Acima Credit | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Affirm, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ally Financial | 7100-000 | $20,548.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $4,165.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $2,363.00 | $0.00 | $0.00 | $0.00 |
| | Chase Card Services | 7100-000 | $2,889.00 | $0.00 | $0.00 | $0.00 |
| | Chase Card Services | 7100-000 | $1,680.00 | $0.00 | $0.00 | $0.00 |
| | Comenity Bank/Torrid | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comenity | 7100-000 | $575.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Bank/Victoria Secret | | | | | |
| Credit One Bank | 7100-000 | $1,405.00 | $0.00 | $0.00 | $0.00 |
| Credit One Bank | 7100-000 | $942.00 | $0.00 | $0.00 | $0.00 |
| Easy Pay/Duvera Collections | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Feb Destiny/gf | 7100-000 | $537.00 | $0.00 | $0.00 | $0.00 |
| Genesis Bc/Celtic Bank | 7100-000 | $479.00 | $0.00 | $0.00 | $0.00 |
| Genesis FS Card Services | 7100-000 | $386.00 | $0.00 | $0.00 | $0.00 |
| Household Bank | 7100-000 | $7,000.00 | $0.00 | $0.00 | $0.00 |
| IC System, Inc | 7100-000 | $1,352.00 | $0.00 | $0.00 | $0.00 |
| IC System, Inc | 7100-000 | $165.00 | $0.00 | $0.00 | $0.00 |
| LendingClub | 7100-000 | $6,187.00 | $0.00 | $0.00 | $0.00 |
| Navient | 7100-000 | $3,131.00 | $0.00 | $0.00 | $0.00 |
| Navient | 7100-000 | $2,351.00 | $0.00 | $0.00 | $0.00 |
| Santander Consumer USA | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| SCE (Southern California Edison) | 7100-000 | $703.00 | $0.00 | $0.00 | $0.00 |
| Synchrony Bank/ Old Navy | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Synchrony Bank/ Old Navy | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Target | 7100-000 | $2,730.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Dealer Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $59,588.00 | $25,975.88 | $25,975.88 | $903.80 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 20-13697-YUM PS | Trustee Name: | Lawrence J. Warfield |
| Case Name: | GIDEON, JESSICA J | Date Filed (f) or Converted (c): | 12/29/2020 (f) |
| For the Period Ending: | 8/2/2021 | §341(a) Meeting Date: | 02/19/2021 |
| | | Claims Bar Date: | 05/25/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Bed, 3 TVs, kitchen table, coffee table, cell phone, juicer, and miscellaneous household goods and furnshings at liquidation value | $1,500.00 | $0.00 | | $0.00 | FA |
| 2  personal clothing | $500.00 | $0.00 | | $0.00 | FA |
| 3  Checking Wells Fargo - Joint with daughter | $37.00 | $0.00 | | $0.00 | FA |
| 4  Credit Karma | $1.00 | $0.00 | | $0.00 | FA |
| 5  401(k) Employer Sponsored | $1,500.00 | $0.00 | | $0.00 | FA |
| 6  NON EXEMPT WAGES (u) | $0.00 | $685.83 | | $685.83 | FA |
| 7  2020 AZ STATE TAX REFUND (u) | $0.00 | $614.17 | | $614.17 | FA |

**TOTALS (Excluding unknown value)**                                                                                              **Gross Value of Remaining Assets**
                              $3,538.00           $1,300.00                          $1,300.00                    $0.00

**Major Activities affecting case closing:**

| 07/02/2021 | Ready for TFR |
| 06/08/2021 | Trustee Quarterly Review - Continue to Administer |
| 04/14/2021 | Trustee Quarterly Review - Continuing to administer |
| 03/14/2021 | RECD 2020 TAX RETURNS |
| | HOH - 2 dep |
| | Line 30 rebate - 0 |
| | Fed - owes 554 |
| | AZ - 615 |
| 02/22/2021 | REQUEST TO SET CLAIMS BAR DATE FILED - alj |
| 02/22/2021 | Trustee is administering Assets in Case |

Case 0:20-bk-13697-PS    Doc 33    Filed 08/10/21    Entered 08/10/21 07:35:03    Desc
Page 6 of 10

| Case No.: | 20-13697-YUM PS | | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|---|
| Case Name: | GIDEON, JESSICA J | | | Date Filed (f) or Converted (c): | 12/29/2020 (f) |
| For the Period Ending: | 8/2/2021 | | | §341(a) Meeting Date: | 02/19/2021 |
| | | | | Claims Bar Date: | 05/25/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** 11/01/2021   **Current Projected Date Of Final Report (TFR):** 11/01/2021

/s/ LAWRENCE J. WARFIELD

LAWRENCE J. WARFIELD

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 20-13697-YUM PS | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | GIDEON, JESSICA J | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1771 | Checking Acct #: | ******3697 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/29/2020 | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 8/2/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/01/2021 | | Jessica Gideon | Payment from debtor | * | $1,300.00 | | $1,300.00 |
| | {6} | | $685.83 | 1229-000 | | | $1,300.00 |
| | {7} | | $614.17 | 1224-000 | | | $1,300.00 |
| 07/12/2021 | 5001 | Lawrence J. Warfield | Trustee Compensation | 2100-000 | | $325.00 | $975.00 |
| 07/12/2021 | 5002 | Lawrence J. Warfield | Trustee Expenses | 2200-000 | | $71.20 | $903.80 |
| 07/12/2021 | 5003 | Navient Solutions, LLC. | Amount Allowed: 5,451.42; Distribution Dividend: 3.48; Amount Claimed: 5,451.42; Claim #: 1; | 7100-000 | | $189.68 | $714.12 |
| 07/12/2021 | 5004 | LVNV Funding, LLC Resurgent Capital Services | Amount Allowed: 423.65; Distribution Dividend: 3.48; Amount Claimed: 423.65; Claim #: 2; | 7100-000 | | $14.74 | $699.38 |
| 07/12/2021 | 5005 | PYOD, LLC Resurgent Capital Services | Amount Allowed: 1,444.44; Distribution Dividend: 3.48; Amount Claimed: 1,444.44; Claim #: 3; | 7100-000 | | $50.26 | $649.12 |
| 07/12/2021 | 5006 | PYOD, LLC Resurgent Capital Services | Amount Allowed: 981.55; Distribution Dividend: 3.48; Amount Claimed: 981.55; Claim #: 4; | 7100-000 | | $34.15 | $614.97 |
| 07/12/2021 | 5007 | Quantum3 Group LLC as agent for Genesis FS Card Services Inc | Amount Allowed: 479.22; Distribution Dividend: 3.48; Amount Claimed: 479.22; Claim #: 5; | 7100-000 | | $16.67 | $598.30 |
| 07/12/2021 | 5008 | Quantum3 Group LLC as agent for Genesis FS Card Services Inc | Amount Allowed: 537.43; Distribution Dividend: 3.48; Amount Claimed: 537.43; Claim #: 6; | 7100-000 | | $18.70 | $579.60 |
| 07/12/2021 | 5009 | Quantum3 Group LLC as agent for Genesis FS Card Services Inc | Amount Allowed: 386.43; Distribution Dividend: 3.48; Amount Claimed: 386.43; Claim #: 7; | 7100-000 | | $13.45 | $566.15 |
| 07/12/2021 | 5010 | Capital One Bank (USA), N.A. by American InfoSource as agent | Amount Allowed: 2,363.46; Distribution Dividend: 3.48; Amount Claimed: 2,363.46; Claim #: 8; | 7100-000 | | $82.23 | $483.92 |
| 07/12/2021 | 5011 | Capital One Bank (USA), N.A. by American InfoSource as agent | Amount Allowed: 4,165.03; Distribution Dividend: 3.48; Amount Claimed: 4,165.03; Claim #: 9; | 7100-000 | | $144.92 | $339.00 |
| 07/12/2021 | 5012 | TD Bank, USA by American InfoSource as agent | Amount Allowed: 2,730.70; Distribution Dividend: 3.48; Amount Claimed: 2,730.70; Claim #: 10; | 7100-000 | | $95.01 | $243.99 |
| 07/12/2021 | 5013 | JPMorgan Chase Bank, N.A. | Amount Allowed: 2,889.53; Distribution Dividend: 3.48; Amount Claimed: 2,889.53; Claim #: 11; | 7100-000 | | $100.54 | $143.45 |
| 07/12/2021 | 5014 | JPMorgan Chase Bank, N.A. | Amount Allowed: 1,717.62; Distribution Dividend: 3.48; Amount Claimed: 1,717.62; Claim #: 12; | 7100-000 | | $59.76 | $83.69 |
| | | | | SUBTOTALS | $1,300.00 | $1,216.31 | |

| | | |
|---|---|---|
| Case No. | 20-13697-YUM PS | Trustee Name: Lawrence J. Warfield |
| Case Name: | GIDEON, JESSICA J | Bank Name: Independent Bank |
| Primary Taxpayer ID #: | **-***1771 | Checking Acct #: ******3697 |
| Co-Debtor Taxpayer ID #: | | Account Title: |
| For Period Beginning: | 12/29/2020 | Blanket bond (per case limit): $82,080,307.00 |
| For Period Ending: | 8/2/2021 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/12/2021 | 5015 | Quantum3 Group LLC for Comenity | Amount Allowed: 575.75; Distribution Dividend: 3.48; Amount Claimed: 575.75; Claim #: 13; | 7100-000 | | $20.03 | $63.66 |
| 07/12/2021 | 5016 | LVNV Funding, LLC Resurgent Capital Services | Amount Allowed: 1,829.65; Distribution Dividend: 3.48; Amount Claimed: 1,829.65; Claim #: 14; | 7100-000 | | $63.66 | $0.00 |
| | | | TOTALS: | | $1,300.00 | $1,300.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $1,300.00 | $1,300.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1,300.00 | $1,300.00 | |

| For the period of 12/29/2020 to 8/2/2021 | | For the entire history of the account between 07/01/2021 to 8/2/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,300.00 | Total Compensable Receipts: | $1,300.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,300.00 | Total Comp/Non Comp Receipts: | $1,300.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,300.00 | Total Compensable Disbursements: | $1,300.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,300.00 | Total Comp/Non Comp Disbursements: | $1,300.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 20-13697-YUM PS |
| Case Name: | GIDEON, JESSICA J |
| Primary Taxpayer ID #: | **-***1771 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 12/29/2020 |
| For Period Ending: | 8/2/2021 |

| | |
|---|---|
| Trustee Name: | Lawrence J. Warfield |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******3697 |
| Account Title: | |
| Blanket bond (per case limit): | $82,080,307.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,300.00 | $1,300.00 | $0.00 |

**For the period of 12/29/2020 to 8/2/2021**

| | |
|---|---|
| Total Compensable Receipts: | $1,300.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,300.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,300.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,300.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/29/2020 to 8/2/2021**

| | |
|---|---|
| Total Compensable Receipts: | $1,300.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,300.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,300.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,300.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ LAWRENCE J. WARFIELD

LAWRENCE J. WARFIELD